# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | |
| KEITH DOUGLAS FREEMAN, | ) | Case No. 24-00059 |
| | ) | |
| Debtor. | ) | Honorable Donald R. Cassling |

## NOTICE OF MOTION

TO:   See attached list

PLEASE TAKE NOTICE that on Tuesday**, March 19, 2024, at 9:30 a.m.**, I will appear before the Honorable Donald R. Cassling, or any judge sitting in that judge's place, **either** in courtroom 619 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604, or electronically as described below, and present the **Motion of the United States Trustee for an Extension of Time to Object to Discharge Under 727 and to File Motion to Dismiss**, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet,** go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode.**  The meeting ID for this hearing is **161 414 7941** and the passcode is **619.** The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

/s/ *Adam G. Brief*
Adam G. Brief, Assistant U.S. Trustee
United States Department of Justice
Office of the United States Trustee
219 South Dearborn, Room 873
Chicago, Illinois 60604
202.503.7104

# CERTIFICATE OF SERVICE

I, Adam G. Brief, an attorney, certify that I served copies of this **Notice, Motion of the United States Trustee to Extend Time to File Objection to Discharge Under 727 and to File Motion to Dismiss, and Proposed Order** on each entity shown on the service list below at the address shown and by the method indicated on March 5, 2024.

/s/ Adam G. Brief

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants:**

- **Michael K Desmond**      mkd.trustee@sgrlaw.com  IL23@ecfcbis.com
- **Patrick S Layng**            USTPRegion11.ES.ECF@usdoj.gov
- **Kristin T Schindler**       ndil@geracilaw.com

**Parties Served via First Class Mail:**

Keith Douglas Freeman
9560 140th Ct., 301
Orland Park, IL 60462

Atlas Acquisitions LLC
492C Cedar Lane, Ste 442
Teaneck, NJ 07666

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | |
| KEITH DOUGLAS FREEMAN, | ) | Case No. 24-00059 |
| | ) | |
| Debtor. | ) | Honorable Donald R. Cassling |

**MOTION OF THE UNITED STATES TRUSTEE FOR AN EXTENSION OF TIME TO OBJECT TO DISCHARGE UNDER 727 AND TO FILE MOTION TO DISMISS**

NOW COMES PATRICK S. LAYNG, the United States Trustee for the Northern District of Illinois, by his attorney, Adam G. Brief, and pursuant to 11 U.S.C. § 727(c)(1) and Fed. R. Bankr. P. 4004(b), hereby requests that this Court grant an extension of time to object to the discharge of Keith Douglas Freeman (the "Debtor"), and to file a motion dismiss the Debtor's case for abuse pursuant to 11 U.S.C. § 707 and Fed. R. Bankr. P. 1017(e)(1). In support of this request, the U.S. Trustee states as follows:

1. This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. § 1334. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

2. This is a core proceeding concerning the administration of this estate pursuant to 28 U.S.C. § 157(b)(2)(A) which this Court may hear and determine pursuant to IOP 15(a) and Local Rule 40.3.1 of the United States District Court for the Northern District of Illinois.

3. On January 3, 2024, the Debtor filed his voluntary petition for relief under Chapter 7 of the Bankruptcy Code. On or about that same day, Michael K. Desmond was appointed Chapter 7 Trustee in the Debtor's case.

4. The Debtor's Schedule I reflected the Debtor is employed as Municipality Manager for Thorton Township and that he earns $5,833.36 in gross monthly wages plus monthly "reimbursement" in the amount of $2,345.00 for a of $8,178.36 (or $98,140.32 annually). *See* Dkt. No. 1.

5. The Debtor's Statement of Financial Affairs ("SOFA"), in response to question four, reflected the Debtor had employment income of $99,647.00 for 2023 and $45,186.00 for 2022. *See* Dkt. No. 1.

6. The Debtor's meeting of creditors has not yet been concluded. Upon information and belief, the Debtor has not yet provided documents requested by the Chapter 7 Trustee, nor made certain requested and necessary amendments to his schedules and statements. Moreover, the U.S. Trustee recently has obtained authority under Bankruptcy Rule 2004 to request documents from the Debtor and to conduct an examination. The U.S. Trustee timely issued a subpoena to the Debtor, which his returnable on March 18, 2024. Assuming the Debtor complies, the U.S. Trustee expects that he will then schedule a Rule 2004 examination.

7. The U.S. Trustee seeks further time to obtain and review information and documents to verify the veracity, truthfulness, and completeness of the Debtor's petition, schedules, statement of financial affairs, means test, amended schedules (if any) and testimony given at the meeting of creditors in order to determine whether there may be a basis to object to the Debtor's discharge under Section 727 of the Bankruptcy Code or file a motion to dismiss Debtor's case pursuant to Section 707.

WHEREFORE, the U.S. Trustee respectfully asks the Court to extend the deadlines to object to the Debtors' discharges under § 727(a) and to file a motion to dismiss the Debtor's case under § 707 through and including May 16, 2024, and for such other relief as this Court deems just.

RESPECTFULLY SUBMITTED:

PATRICK S. LAYNG
UNITED STATES TRUSTEE

Dated: March 5, 2024

By:/s/ *Adam G. Brief*
Adam G. Brief, Assistant U.S. Trustee
United States Department of Justice
Office of the United States Trustee
219 South Dearborn, Room 873
Chicago, Illinois 60604
202.503.7104